UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JONES, | No. 2:21-cv-1313 KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SACRAMENTO COUNTY MAIN JAIL MEDICAL SERVICES, | |
| Defendant. | |

Plaintiff filed a motion for extension of time to file an application to proceed in forma pauperis. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 5) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

Dated: September 1, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/jone1313.36