UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JONES,<br><br>    Plaintiff,<br><br>v.<br><br>SACRAMENTO COUNTY MAIL JAIL MEDICAL SERVICES,<br><br>    Defendants. | No. 2:21-cv-1313 KJM KJN P<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 19, 2021, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff did not file objections to the findings and recommendations.

The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Britt v. Simi Valley Unified School Dist.,* 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The findings and recommendations filed October 19, 2021, are adopted in full;

   2. This action is dismissed without prejudice; and

   3. The Clerk of Court is directed to close this case.

DATED:  May 23, 2022.

                                    _____
                                    CHIEF UNITED STATES DISTRICT JUDGE